CHIEF JUDGE MARSHA J. PECHMAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR15-160-MJP |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER GRANTING STIPULATED |
| | ) | MOTION TO CONTINUE TRIAL AND |
| RAYMOND DEVORE, | ) | PRETRIAL MOTIONS DEADLINE |
| | ) | |
| Defendant. | ) | |
| | ) | |

THE COURT has considered the stipulated motion of the parties to continue the

trial date and pretrial motions deadline and finds that:

(a) taking into account the exercise of due diligence, a failure to grant a

continuance in this case would deny counsel for the defendant the reasonable time

necessary for effective preparation due to counsel's need for more time to review the

evidence, consider possible defenses, and gather evidence material to the defense, as set

forth in 18 U.S.C. § 3161(h)(7)(B)(iv); and that

(b) a failure to grant such a continuance in this proceeding would likely result in

a miscarriage of justice, as set forth in 18 U.S.C. § 3161(h)(7)(B)(i); and that

(c) the additional time requested is a reasonable period of delay, as the defendant

has requested more time to prepare for trial, to investigate the matter, to gather evidence

material to the defense, and to consider possible defenses; and that

ORDER TO CONTINUE TRIAL AND
PRETRIAL MOTIONS DUE DATE
(Raymond Devore, CR15-160-MJP) - 1

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington 98101**
**(206) 553-1100**

1    (d) the case is sufficiently complex that it is unreasonable to expect adequate

2   preparation for pretrial proceedings or the trial itself within the current trial schedule, as

3   set forth in 18 U.S.C. § 3161(h)(7)(B)(ii); and that

4    (e) the ends of justice will best be served by a continuance, and the ends of

5   justice outweigh the best interests of the public and the defendant in any speedier trial,

6   as set forth in 18 U.S.C. § 3161(h)(7)(A); and that

7    (f) the additional time requested between the current trial date of June 22, 2015,

8   and the new trial date is necessary to provide counsel for the defendant the reasonable

9   time necessary to prepare for trial, considering counsel's schedule and all of the facts

10   set forth above.

11    (g)  that the period of delay from the date of this order to the new trial date is

12   excludable time pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (h)(7)(B)(iv).

13    IT IS THEREFORE ORDERED that the trial date in this matter shall be

14   continued to October 26, 2015, and that pretrial motions shall be filed no later than

15   September 3, 2015.

16    DONE this 1st day of June, 2015.

17

18

19

20   _____

Marsha J. Pechman
United States District Judge

21

22

23   Presented by:

24   s/ *Peter J. Avenia*
Assistant Federal Public Defender

25   Attorney for Raymond Devore

26

ORDER TO CONTINUE TRIAL AND
PRETRIAL MOTIONS DUE DATE
(Raymond Devore, CR15-160-MJP) - 2

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington 98101**
**(206) 553-1100**