CHIEF JUDGE MARSHA J. PECHMAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> RAYMOND DEVORE, ) <br> ) <br> Defendant. ) <br> ) | No. CR15-160-MJP <br><br> ORDER GRANTING UNOPPOSED MOTION TO CONTINUE TRIAL AND PRETRIAL MOTIONS DEADLINE |

Based on the unopposed motion of the defendant to continue the trial date and extend the due date for pretrial motions, and based on the facts set forth therein, which are hereby incorporated by reference and adopted as findings of fact, the Court hereby makes the following additional findings of fact and conclusions of law:

1. The ends of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

2. Proceeding to trial absent adequate time for the defense to prepare would result in a miscarriage of justice. 18 U.S.C. §3161(h)(7)(B)(i).

3. The defense needs additional time to explore issues of some complexity, including all relevant issues and defenses applicable to the case, which would make it unreasonable to expect adequate preparation for pretrial proceedings or for trial itself within the time limits established by the Speedy Trial Act and currently set for this case. 18 U.S.C. § 3161(h)(7)(B)(ii).

(PROPOSED) ORDER TO CONTINUE TRIAL
&  PRETRIAL MOTIONS DUE DATE
(*U.S. v. Raymond Devore* CR15-160-MJP) - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100

4.  Taking into account the exercise of due diligence, a continuance is necessary to allow the defendant the reasonable time for effective preparation of his defense. 18 U.S.C. § 3161(h)(7)(B)(iv).

NOW, THEREFORE,

IT IS HEREBY ORDERED that the trial date is continued from October 19, 2015, to March 28, 2016. The resulting period of delay from October 19, 2015, through March 28, 2016, is hereby excluded for speedy trial purposes under 18 U.S.C. § 3161(h)(7)(A) and (B).

Pretrial motions are due no later than December 4, 2015.

DONE this 1st day of September, 2015.

_____
Marsha J. Pechman
United States District Judge

Presented by:

s/ *Russell V. Leonard*
Assistant Federal Public Defender
Attorney for Raymond Devore

(PROPOSED) ORDER TO CONTINUE TRIAL
& PRETRIAL MOTIONS DUE DATE
(*U.S. v. Raymond Devore* CR15-160-MJP) - 2

**FEDERAL PUBLIC DEFENDER**
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100