CHIEF JUDGE MARSHA J. PECHMAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, </br></br>Plaintiff, </br></br>v. </br></br>RAYMOND DEVORE, </br></br>Defendant. | No. CR15-160-MJP </br></br> ORDER GRANTING UNOPPOSED MOTION TO CONTINUE TRIAL DATE |

Based on the unopposed motion of the defendant to continue the trial date, and based on the facts set forth therein, which are hereby incorporated by reference and adopted as findings of fact, the Court hereby makes the following additional findings of fact and conclusions of law:

1. The ends of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

2. Proceeding to trial absent adequate time for the defense to prepare would result in a miscarriage of justice. 18 U.S.C. §3161(h)(7)(B)(i).

3. The defense needs additional time to explore issues of some complexity, including all relevant issues and defenses applicable to the case, which would make it unreasonable to expect adequate preparation for pretrial proceedings or for trial itself within the time limits established by the Speedy Trial Act and currently set for this case. 18 U.S.C. § 3161(h)(7)(B)(ii).

(PROPOSED) ORDER GRANTING UNOPPOSED
MOTION TO CONTINUE
TRIAL DATE
(*U.S. v. Raymond Devore*, CR15-160-MJP) - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100

4. Taking into account the exercise of due diligence, a continuance is necessary to allow the defendant the reasonable time for effective preparation of his defense. 18 U.S.C. § 3161(h)(7)(B)(iv).

NOW, THEREFORE,

IT IS HEREBY ORDERED that the trial date is continued from March 28, 2016, to July 19, 2016. The resulting period of delay from March 28, 2016, through July 19, 2016, is hereby excluded for speedy trial purposes under 18 U.S.C. § 3161(h)(7)(A) and (B).

Pretrial motions as to any additional charges are due no later than May 9, 2016.

DONE this 7th day of February, 2016.

_____
Marsha J. Pechman
United States District Judge

Presented by:

s/ *Russell V. Leonard*
Assistant Federal Public Defender
Attorney for Raymond Devore

(PROPOSED) ORDER GRANTING UNOPPOSED
MOTION TO CONTINUE
TRIAL DATE
(*U.S. v. Raymond Devore*, CR15-160-MJP) - 2

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington 98101**
**(206) 553-1100**