UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>RAYMOND EARL DEVORE,<br><br>　　　　　Defendant. | CR15-160 TSZ<br><br>ORDER |

THIS MATTER having come before the Court on the motion for entry of an order regarding continuance of trial date, docket no. 74, and defendant's ex parte motion, docket no. 76, and the Court having considered the facts set forth in the motions, the arguments of counsel at the hearing on August 11, 2016, and the records and files herein, the Court finds as follows:

The Government's motion for entry of an order regarding continuance of trial date, docket no. 74, is GRANTED.

Defendant's motion, docket no. 76, is STRICKEN as moot.

Further, the Court finds that the ends of justice will be served by ordering a continuance in this case, that a continuance is necessary to ensure adequate time for

ORDER - 1

effective case preparation, and that these factors outweigh the best interests of the public and defendants in a speedy trial within the meaning of 18 U.S.C. § 3161(h)(7)(B)(i).

A failure to grant the continuance would deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, within the meaning of 18 U.S.C. § 3161(h)(7)(B)(iv).

IT IS THEREFORE ORDERED that the trial date shall be continued to December 12, 2016, and pretrial motions are to be filed no later than September 30, 2016.

IT IS FURTHER ORDERED that the resulting period of delay from July 19, 2016, until the new trial date of December 12, 2016, is hereby excluded for speedy trial purposes under 18 U.S.C. § 3161(h)(7)(A) and (B).

IT IS SO ORDERED.

Dated this 11th day of August, 2016.

_____
Thomas S. Zilly
United States District Judge

ORDER - 2