UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>RAYMOND EARL DEVORE,<br><br>    Defendant. | CR15-160 TSZ<br><br>ORDER |

The Court having conducted a telephonic status conference with counsel on November 16, 2016, on the record, and the Court having considered the facts discussed in the conference, the Court finds that the ends of justice will be served by ordering a continuance in this case, that a continuance is necessary to ensure adequate time for effective case preparation, and that these factors outweigh the best interests of the public and defendants in a speedy trial within the meaning of 18 U.S.C. § 3161(h)(7)(B)(i).

A failure to grant the continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, within the meaning of 18 U.S.C. § 3161(h)(7)(B)(iv).

ORDER - 1

1       IT IS THEREFORE ORDERED that the trial date shall be continued to March 13,
2 2017.
3       IT IS FURTHER ORDERED that the resulting period of delay from December 12,
4 2016, until the new trial date of March 13, 2017, is hereby excluded for speedy trial
5 purposes under 18 U.S.C. § 3161(h)(7)(A) and (B).
6
7       IT IS SO ORDERED.
8       Dated this 16th day of November, 2016.
9
10
11       Thomas S. Zilly
      United States District Judge
12
13
14
15
16
17
18
19
20
21
22
23

ORDER - 2