UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>RAYMOND EARL DEVORE,<br><br>        Defendant. | CR15-160 TSZ<br><br>AMENDED ORDER |

THIS MATTER came before the Court during a telephonic status conference with counsel, conducted on the record on November 16, 2016.  The Court granted the parties' oral motion to continue the trial date to February 13, 2017.  The Court's Order dated November 16, 2016, docket no. 112, incorrectly stated the continued trial date as March 13, 2017.  The correct date of the trial, as continued, is **February 13, 2017**.

The Court, having considered the facts discussed in the conference, finds that the ends of justice will be served by ordering a continuance in this case, that a continuance is necessary to ensure adequate time for effective case preparation, and that these factors outweigh the best interests of the public and defendant in a speedy trial within the meaning of 18 U.S.C. § 3161(h)(7)(B)(i).

AMENDED ORDER - 1

1    A failure to grant the continuance would deny counsel the reasonable time
2 necessary for effective preparation, taking into account the exercise of due diligence,
3 within the meaning of 18 U.S.C. § 3161(h)(7)(B)(iv).
4    IT IS THEREFORE ORDERED that the trial date shall be continued to
5 February 13, 2017.
6    IT IS FURTHER ORDERED that the resulting period of delay from December 12,
7 2016, until the new trial date of February 13, 2017, is hereby excluded for speedy trial
8 purposes under 18 U.S.C. § 3161(h)(7)(A) and (B).
9    IT IS SO ORDERED.
10    Dated this 17th day of November, 2016.

Thomas S. Zilly
United States District Judge

AMENDED ORDER - 2