UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>RAYMOND EARL DEVORE,<br><br>　　　　　　　Defendant. | CR15-160 TSZ<br><br>MINUTE ORDER |

　　　The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

　　　(1)　The Government's motion to seal certain trial exhibits, docket no. 154, is GRANTED. The following exhibits admitted at trial shall be sealed from public access due to the sensitive nature of the material and to protect the identity of the victims:

　　　Exhibit 1, Exhibit 1a, Exhibit 1b, Exhibit 1e; Exhibit 2, Exhibit 2b, Exhibit 2f, Exhibit 2j, Exhibit 2n; Exhibit 3, Exhibit 3a, Exhibit 3b, Exhibit 3c, Exhibit 3g; Exhibit 4, Exhibit 4a, Exhibit 4b, Exhibit 4c, Exhibit 4d, Exhibit 4e, Exhibit 4f, Exhibit 4h; Exhibit 5, Exhibit 5b, Exhibit 5c, Exhibit 5g, Exhibit 5h, Exhibit 5i, Exhibit 5j, Exhibit 5k, Exhibit 5l, Exhibit 5m, Exhibit 5n; Exhibit 6, Exhibit 6a; Exhibit 8a, Exhibit 8b, Exhibit 8c, Exhibit 8d; Exhibit 12; Exhibit 13; and Exhibit 18.

　　　(2)　The Clerk is directed to send a copy of this Minute Order to all counsel of record.

　　　Dated this 27th day of February, 2017.

　　　　　　　　　　　　　　　　　　　William M. McCool
　　　　　　　　　　　　　　　　　　　Clerk

　　　　　　　　　　　　　　　　　　　s/Karen Dews
　　　　　　　　　　　　　　　　　　　Deputy Clerk

MINUTE ORDER - 1