HON. THOMAS S. ZILLY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> RAYMOND EARL DEVORE, ) <br> ) <br> Defendant. ) <br> ) <br> _____ ) | CAUSE NO. CR15-160-TSZ <br><br> ORDER EXTENDING DEADLINE FOR NEW TRIAL MOTION AND CONTINUING SENTENCING HEARING |

Raymond Devore, through counsel, moved for an extension of the deadline to file a new trial motion, currently April 21, 2017, to June 30, 2017, and for a continuance of the sentencing hearing, currently June 8, 2017, to a date after June 30th that works for the Court and the government. To allow current defense counsel, who entered the case after the trial in this matter, sufficient time to review transcripts of the trial and pretrial motions in order to evaluate and advise Mr. Devore regarding potential new trial issues and also to be prepared for a sentencing hearing, the Court hereby orders that:

**ORDER EXTENDING DEADLINE
FOR NEW TRIAL MOTION AND
CONTINUING SENTENCING HEARING - 1**

**Law Office of Michael Iaria PS
1111 Third Avenue, Suite 2220
Seattle, WA 98101
206.400.7656**

Defendant's motion, docket no. 163, is GRANTED. The deadline for filing a new trial motion is extended to June 30, 2017; and

The sentencing hearing is continued from June 8, 2017, to August 10, 2017, at 1:30 PM.

DATED: April 11, 2017.

*Thomas S. Zilly*
Thomas S. Zilly
United States District Judge

Presented by:

s/ Michael Iaria
Michael Iaria
Attorney for Defendant

**ORDER EXTENDING DEADLINE
FOR NEW TRIAL MOTION AND
CONTINUING SENTENCING HEARING - 2**