Judge Thomas S. Zilly

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RAYMOND EARL DEVORE,<br><br>Defendant. | NO. CR15-160 TSZ<br><br>ORDER GRANTING UNOPPOSED MOTION TO REDACT SCREEN NAMES FROM TRIAL TRANSCRIPT |

The United States has filed an unopposed motion to partially redact the screen names of apparent minors from the trial transcript. Upon reviewing the motion, the Court finds that it is supported by good cause, and accordingly the motion is GRANTED.

//
//
//
//
//
//
//
//
//

ORDER RE REDACTING TRIAL TRANSCRIPT - 1
*U.S. v. DEVORE* / CR15-160 TSZ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1  The United States shall identify the content to be redacted to the court reporter,
2  pursuant to Amended General Order 15-15.
3     IT IS ORDERED.
4     DATED this 26th day of May, 2017.

*[signature: Thomas S. Zilly]*

Thomas S. Zilly
United States District Judge

Presented by:

*/s/ Michael Dion*
MICHAEL DION
Assistant United States Attorney

ORDER RE REDACTING TRIAL TRANSCRIPT - 2
*U.S. v. DEVORE* / CR15-160 TSZ