HON. THOMAS S. ZILLY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | CAUSE NO. CR15-160-TSZ |
| Plaintiff, ) | |
| ) | ORDER SEALING |
| vs. ) | PRESENTENCE REPORT AND |
| ) | APPENDICES |
| RAYMOND EARL DEVORE, ) | |
| ) | |
| Defendant. ) | |

The defendant has moved to seal Defendant's Presentence Report and all appendices. The appendices contain confidential medical, mental health and school records. Defendant's Presentence Report itself contains references to and quotations from these confidential records throughout, making it difficult to redact. Moreover, Defendant's Presentence Report contains references to third parties that could cause substantial distress. Defendant's motion to seal, docket no. 179, is GRANTED.

///

///

///

**ORDER GRANTING
MOTION TO SEAL - 1**

**Law Office of Michael Iaria PS
1111 Third Avenue, Suite 2220
Seattle, WA 98101
206.400.7656**

It is now therefore ORDERED that Defendant's Presentence Report and all appendices shall be sealed.

Dated this 7th day of September, 2017.

_____
Thomas S. Zilly
United States District Judge

**ORDER GRANTING**
**MOTION TO SEAL - 2**