UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RAYMOND EARL DEVORE,<br><br>Defendant. | NO. CR15-160 TSZ<br><br>ORDER TO SEAL EXHIBITS B AND C TO GOVERNMENT'S SENTENCING MEMORANDUM |

Having read the Government's Motion to Seal, docket no. 182, in the above-captioned case, requesting that Exhibits B and C to its Sentencing Memorandum be allowed to be filed under seal,

It is hereby ORDERED that Exhibits B and C to the Government's Sentencing Memorandum in this matter shall be filed under seal.

DATED this 8th day of September, 2017.

*/s/ Thomas S. Zilly*
Thomas S. Zilly
United States District Judge

GOVERNMENT'S ORDER TO SEAL - 1
*U.S. v. Raymond Earl Devore*, CR15-160TSZ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970