UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

Plaintiff,

v.

RAYMOND EARL DEVORE,

Defendant.

CR15-160-TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) By September 22, 2017, the Court DIRECTS the defendant to file a supplemental sentencing brief, in response to the Government's Sentencing Memorandum, docket no. 181, addressing the question of the applicable statutory mandatory minimum under 18 U.S.C. § 2251(e).

(2) The Court CONTINUES the sentencing hearing now set for September 14, 2017, to Thursday, October 12, 2017, at 1:30 p.m.

(3) The Clerk is directed to send a copy of this Minute Order to all counsel of record and the United States Probation Officer.

Dated this 8th day of September, 2017.

William M. McCool
Clerk

s/Karen Dews
Deputy Clerk

MINUTE ORDER - 1