UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>  v.<br><br>RAYMOND EARL DEVORE,<br><br>            Defendant. | CR15-160-TSZ<br><br>ORDER |

    Defendant's request for new counsel, docket no. 190, is GRANTED. Michael Iaria is granted leave to withdraw as counsel of record for defendant Raymond Earl Devore, effective immediately. The CJA Administrator is DIRECTED to appoint substitute counsel to represent defendant.

    The Clerk is DIRECTED to send a copy of this Order to all counsel of record and to the CJA Administrator.

    IT IS SO ORDERED.

    Dated this 12th day of October, 2017.

                                                    Thomas S. Zilly
                                                  United States District Judge

ORDER - 1