UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

    Plaintiff,

v.

RAYMOND EARL DEVORE,

    Defendant.

CR15-160 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) The Court is in receipt of a letter from defendant, which has been filed as docket no. 204. Counsel for defendant is DIRECTED to respond to the concerns in defendant's letter no later than Friday, May 18, 2018.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record, to defendant Raymond DeVore at FCI Herlong, Reg. No. 44905-086, P.O. Box 900, Herlong, CA 96113, and to the CJA Administrator.

Dated this 10th day of May, 2018.

    William M. McCool
    Clerk

    s/Karen Dews
    Deputy Clerk

MINUTE ORDER - 1