Judge Zilly

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

Plaintiff,

v.

RAYMOND EARL DEVORE,

Defendant.

NO. CR15-0160TSZ

**FINAL ORDER
OF FORFEITURE**

THIS MATTER comes before the Court on the United States' Motion, docket no. 207, for Entry of a Final Order of Forfeiture ("Motion") for the following property:

1.  One Samsung Galaxy S3 cellphone, Serial Number AA1C907LS\2-B, and,

2.  Any and all visual depictions and/or images of minor children engaged in sexually explicit conduct, in whatever form and however stored.

The Court, based on the record, FINDS:

- On February 15, 2017, this Court found Defendant Raymond Earl Devore guilty of the counts in the second superseding indictment including: count one, Distribution of Child Pornography in violation of 18 U.S.C. §§ 2252(a)(2) and (b)(1); count two, Receipt of Child Pornography in violation of 18 U.S.C. §§ 2252(a)(2) and (b)(1); counts three and four, Possession of Child Pornography in violation 18 U.S.C. §§ 2252(a)(4)(B) and (b)(2);

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

count five, Production of Child Pornography in violation of 18 U.S.C. § 2251(a) and (e); and count six, Enticement of a Minor in violation 18 U.S.C. §§ 2422(b). Dkt. No. 87 & 153;

- On October 12, 2017, this Court entered a Preliminary Order of Forfeiture finding items 1-2 forfeitable pursuant to 18 U.S.C. § 2253 and forfeiting the Defendant's right, title, and interest in it. Dkt. No. 192;

- The United States published notice of the forfeiture as required by 21 U.S.C. § 853(n)(1) and Fed. R. Crim. P. 32.2(b)(6)(C). Dkt. No. 200; and,

- The time for filing third-party petitions has expired and none were filed.

THEREFORE, THE COURT ORDERS:

1. No right, title, or interest in the above-listed property exists in any party other than the United States;

2. The above-listed property is fully and finally condemned and forfeited, in its entirety, to the United States; and,

3. The United States Department of Homeland Security and/or its representatives, are authorized to dispose of the above-listed property in accordance with the law.

IT IS SO ORDERED.

DATED this 1st day of June, 2018.

Thomas S. Zilly
United States District Judge

Presented by:

_s/ Matthew H. Thomas_
MATTHEW H. THOMAS
Assistant United States Attorney
United States Attorney's Office

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970