UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

        Plaintiff,

  v.

RAYMOND EARL DEVORE,

        Defendant.

CR15-160 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) While this matter has been pending on appeal, the Court has received several letters from defendant Raymond DeVore. *See* docket nos. 204, 206, 209, 210, 219, 220, 221, 222, 223, 227, & 228. In response to a number of these letters, the Clerk has mailed to defendant a copy of the docket sheet in this case. In his most recent letter, docket no. 228, defendant asks that his current appellate attorney be replaced. The Court's understanding is that defendant's lawyer, Sharon Blackford, has timely filed a supplemental brief,[1] and that this case remains before the United States Court of Appeals for the Ninth Circuit for review. Defendant's request for different representation is more properly made to the Ninth Circuit. This Court will take no further action and will not respond to future correspondence from defendant until after the Ninth Circuit issues a mandate signifying that defendant's appeal has been resolved.

---

[1] The Certificate of Service attached to the supplemental brief indicates that a copy was mailed to defendant at the Federal Correctional Institution in Herlong, California. Defendant's recent letter reflects that he is now incarcerated at the Federal Correctional Institution in Sheridan, Oregon. The Clerk is DIRECTED to send another copy of the supplemental brief to defendant.

MINUTE ORDER - 1

(2) The Clerk is further DIRECTED to send a copy of this Minute Order to all counsel of record, including Sharon Blackford, to defendant (#44905-086) at the Federal Correctional Institution in Sheridan, Unit 3B-103, P.O. Box 5000, Sheridan, OR 97378, and to the Ninth Circuit.

Dated this 7th day of April, 2020.

William M. McCool
Clerk

s/Karen Dews
Deputy Clerk

MINUTE ORDER - 2