UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>   v.<br><br>RAYMOND EARL DEVORE,<br><br>           Defendant. | CR15-160 TSZ<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) This matter having been remanded by the United States Court of Appeals for the Ninth Circuit for resentencing, the parties are DIRECTED to file a Joint Status Report on or before June 15, 2020, addressing the following issues:  (i) whether defendant Raymond Earl DeVore is willing to waive his physical presence at the resentencing and consent to conducting the hearing via video or telephonic conference, *see* General Orders 03-20, 04-20, and 07-20; (ii) if defendant is so willing, whether the Bureau of Prisons can arrange for defendant to appear via video or telephonic conference from the institution in which he is currently housed; and (iii) if defendant is so willing and the Bureau of Prisons is so able, when the parties will be prepared to submit sentencing memoranda and be available to participate in the resentencing.  If defendant wishes to proceed with resentencing via a Level Two, Three, or Four access hearing, as defined in General Order 03-20, then a written waiver, which may be signed by counsel on defendant's behalf, should be filed contemporaneously with the parties' Joint Status Report.  A form of waiver will be forwarded to defense counsel via email.  If defendant desires a Level One hearing, or if the Bureau of Prisons does not have the equipment or facilities necessary for defendant to participate via video or telephonic conference, then the resentencing will be conducted after the Court resumes normal operations.

MINUTE ORDER - 1

(2)     The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 6th day of May, 2020.

William M. McCool
Clerk

s/Karen Dews
Deputy Clerk
