UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | CR15-160 TSZ |
| RAYMOND EARL DEVORE, | MINUTE ORDER |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1)     The Court is in receipt of letters by defendant Raymond Earl DeVore to the Clerk of this Court, the Clerk of the United States Court of Appeals for the Ninth Circuit, his recently appointed defense attorney Michael Iaria, and his former appellate counsel Sharon Blackford.[1]  The letters have been docketed.  <u>See</u> docket nos. 235 & 235-1. **Defendant is cautioned against sending letters intended for his lawyers to the Court; such actions might result in a waiver of defendant's attorney-client privilege.**

(2)     Defendant's recent letters suggest that he was previously dissatisfied with Mr. Iaria's services.  Mr. Iaria was defendant's fourth attorney before this matter went to the Ninth Circuit.  The Court is aware that, prior to his sentencing, defendant requested appointment of a different lawyer.  <u>See</u> Notice (docket no. 190).  At the hearing on October 12, 2017, however, defendant agreed to proceed to sentencing with Mr. Iaria

---

[1] The purpose for which Sharon Blackford provided legal representation to defendant has concluded.  The Ninth Circuit remanded this matter for resentencing, <u>see</u> Order & Memorandum (docket no. 230); Mandate (docket no. 232), and the Court has appointed Mr. Iaria as counsel of record for defendant, <u>see</u> Order (docket no. 233).

MINUTE ORDER - 1

representing him, and to have a new attorney on appeal.  *See* Tr. (Oct. 12, 2017) at 2:14-3:13 (docket no. 203).  For the time being, Mr. Iaria shall remain defendant's counsel of record.  **Defendant is reminded that, because he is represented by an attorney, he may not directly correspond with the Court, and he is encouraged to work with Mr. Iaria in order to present his views to the Court.**

(3)     The Clerk is DIRECTED to send a copy of this Minute Order to all counsel of record.  The Clerk is further DIRECTED not to file any future pro se communications from defendant unless instructed to do so by the Court.  Mr. Iaria is DIRECTED to send to defendant copies of this Minute Order, the Ninth Circuit's disposition filed April 16, 2020, and the docket in this matter.

Dated this 1st day of June, 2020.

William M. McCool
Clerk

s/Karen Dews
Deputy Clerk

MINUTE ORDER - 2