# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>RAYMOND EARL DEVORE,<br><br>　　　　　　Defendant. | CR15-160 TSZ<br><br>MINUTE ORDER |

　　　　The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

　　　　(1)　　Having reviewed the parties' Joint Status Report, docket no. 237, the Court SCHEDULES a hearing on Thursday, October 15, 2020, at 11:00 a.m., for the purpose of resentencing defendant. Such hearing will be conducted remotely, consistent with Level Three access, as defined in General Order 03-20. Counsel shall make the arrangements necessary for defendant to appear via video conferencing from the correctional facility in which he is incarcerated at the time of the hearing. Sentencing memoranda shall be filed at least ten (10) days prior to the hearing.

　　　　(2)　　The Clerk is directed to send a copy of this Minute Order to all counsel of record.

　　　　Dated this 22nd day of June, 2020.

　　　　　　　　　　　　　　　　　　　　　William M. McCool
　　　　　　　　　　　　　　　　　　　　　Clerk

　　　　　　　　　　　　　　　　　　　　　s/Karen Dews
　　　　　　　　　　　　　　　　　　　　　Deputy Clerk