UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>  v.<br><br>RAYMOND EARL DEVORE,<br><br>           Defendant. | CR15-160 TSZ<br><br>ORDER |

Defendant Raymond Earl DeVore's unopposed motion, docket no. 248, is GRANTED, and, for good cause, the deadline for defendant to file a Notice of Appeal is EXTENDED for thirty (30) days to January 19, 2021.  *See* Fed. R. App. P. 4(b)(4).

IT IS SO ORDERED.

The Clerk is directed to send a copy of this Order to all counsel of record.

Dated this 15th day of December, 2020.

*/s/ Thomas S. Zilly*
Thomas S. Zilly
United States District Judge

ORDER - 1