UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RAYMOND EARL DEVORE,<br><br>Defendant. | CR15-160 TSZ<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) This matter having been remanded by the United States Court of Appeals for the Ninth Circuit for resentencing, the parties are DIRECTED to file a Joint Status Report on or before July 18, 2022, addressing: (a) whether defendant Raymond Earl DeVore is willing to waive his physical presence at the resentencing and consent to conducting the hearing via video or telephonic conference, and (b) if defendant is so willing, when the parties will be (i) prepared to submit sentencing memoranda, and (ii) available to participate in the resentencing, considering the arrangements that the Bureau of Prisons must make for defendant to appear via video or telephonic conference from the institution in which he is currently housed. If defendant wishes to proceed with resentencing via a Level Two, Three, or Four access hearing, as defined in General Order 03-20, then a written waiver, which may be signed by counsel on defendant's behalf, should be filed contemporaneously with the parties' Joint Status Report.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 5th day of July, 2022.

Ravi Subramanian
Clerk

s/Gail Glass
Deputy Clerk

MINUTE ORDER - 1