UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br> v.<br><br>RAYMOND EARL DEVORE,<br><br>    Defendant. | CR15-160 TSZ<br><br>MINUTE ORDER |

  The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

  (1) Defendant has filed a letter, docket no. 270, seeking "any and all information . . . that will help . . . [him in] obtaining an attorney and court hearings for [his] compassionate release request." The Clerk has docketed this letter as a motion to appoint counsel, but defendant has a lawyer; he is currently represented by Timothy Lohraff. Thus, the Court interprets the letter as merely asking for "required forms," *see* Letter at 1 (docket no. 270), and advises defendant that no specific form exists for a compassionate release request.

  (2) The Clerk is DIRECTED to revise the docket to recharacterize defendant's filing, docket no. 270, as a letter requesting forms, not a motion to appoint counsel, and to send a copy of this Minute Order to all counsel of record and to defendant at the address provided on his letter.

  Dated this 24th day of January, 2023.

                  Ravi Subramanian
                  Clerk

                  s/Laurie Cuaresma
                  Deputy Clerk

MINUTE ORDER - 1