UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RAYMOND EARL DEVORE,<br><br>Defendant. | CR15-160 TSZ |
| RAYMOND EARL DEVORE,<br><br>Petitioner,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Respondent. | C21-0056 TSZ<br>[related to CR15-160]<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) The Government having indicated by email that it has no objection, the motion filed by appointed counsel Thomas E. Weaver, docket no. 285 in Case CR15-160, for access to sealed documents, is GRANTED as follows. The Clerk is DIRECTED to provide to Mr. Weaver in the format that he prefers copies of docket nos. 38, 49, 55, 63, 75, 76, 97, 127, 140, 166, 167, 168, 176, 177, 178, 180, 183, 197, 215, 217, 244, 245, 254, 265, 272, and 274. Mr. Weaver also requested docket nos. 172–174, but those items are redacted versions of the transcripts filed as docket nos. 166–168, and are therefore duplicative. These materials shall be provided to Mr. Weaver on an attorney's eyes only

MINUTE ORDER - 1

basis and solely in connection with his representation of Raymond Earl DeVore on his motion pursuant to 28 U.S.C. § 2255.  These documents shall remain sealed for all other purposes, and submission of any copies as supporting materials to this Court or in any appeal shall be under seal absent further order of the Court.

(2)     The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 3rd day of November, 2023.

Ravi Subramanian
Clerk

s/Laurie Cuaresma
Deputy Clerk

MINUTE ORDER - 2